Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Debtor John Fraine

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 13-11158 |
| JOHN EDWARD FRAINE | Chapter 7 |
| Debtor. | |
| SSN: XXX-XX-8899 | EX PARTE APPLICATION FOR ORDER SHORTENING TIME |
| | Court: Hon. Alan Jaroslovsky<br>99 South E Street<br>Santa Rosa, California 95404 |

## I. INTRODUCTION

Debtor John Fraine (hereinafter "Debtor") hereby applies *ex parte* for an order shortening time on Debtor's motion for an Order Compelling Abandonment of the Estate's interest pursuant to 11 U.S.C. §554 in the shares of the The Perfect Builder Inc. d/b/a Building Solutions (hereinafter "Corporation").

This application is based on the lack of any value in the Corporation as set forth in the Motion and the concurrently filed Declaration of John Fraine.

Further, good cause exists to shorten time so as to prevent any possible liability to the estate and to resolve the case before the Court without incurring any expense to the estate or the Trustee. Further, there is no value in the business, and is therefore burdensome to the estate because it is of inconsequential value and/or has no benefit to the estate.

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

EX PARTE APPLICATION                Page 1 of 2                IN RE FRAINE 13-11158

Case: 13-11158   Doc# 18   Filed: 07/02/13   Entered: 07/02/13 20:42:50   Page 1 of 2

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

//

## II. ARGUMENT

Debtor filed and served a Motion to Compel Abandonment on July 2, 2013 and currently has a hearing date set for August 2, 2013.

As shown in the filed schedules and the Statement of Financial Affairs of this case, the Debtor owns shares in the corporation The Perfect Builder Inc. d/b/a Building Solutions.

Debtor in this case is the sole shareholder, and the business is for building contracting services. Debtor is the only contractor for the business. As the business is incorporated, the continued operation of the business presents no liability for the estate.

The value of the corporation is zero. It has substantial cash assets of approximately $95,000 as of the date of filing. However, the business has unsecured liabilities in excess of $125,000 as set forth in the schedules and the concurrently filed Declaration of the Debtor.

For these reasons, Debtor asserts that there is no business equipment or inventory that can be profitably liquidated by the Trustee over and above the exemptions claimed by the Debtor.

In addition, Debtor asserts that pursuant to 11 U.S.C. §721, the Trustee is obliged to abandon the estate's interest in the business as there is a lack of any non-exempt equity in any business-related asset, equipment or inventory, there is no benefit to the estate from continuing to hold this case open.

For these reasons, Debtor requests that the motion be heard on shortened time and set for hearing on July 12, 2013 at 10:00am.

Dated: July  2 , 2013            /s/ Thomas P. Kelly III
                                                                      Thomas P. Kelly III
                                                                        Attorney at Law